THOMAS P. QUINN, JR. (State Bar No. 132268)
NOKES & QUINN
410 BROADWAY, SUITE 210
LAGUNA BEACH, CA 92651
Tel: (949) 376-3500
Fax: (949) 376-3070
Email: tquinn@nokesquinn.com
Attorneys for Defendant EQUIFAX INC.

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY HERAS, | Case No: |
| Plaintiff, | |
| vs. | **NOTICE OF REMOVAL** |
| EQUIFAX INC., | |
| Defendant. | |

Defendant, Equifax Inc., by Counsel, hereby files this Notice of Removal of this action from the Los Angeles County Superior Court, California, wherein it is now pending as Case No. BC652211 to the United States District Court for the Central District of California. This Notice of Removal is filed pursuant to 28 U.S.C. §§ 1441 and 1446. In support hereof, Defendant shows this Court as follows:

1. An action was filed on March 28, 2017 in the Los Angeles County Superior Court, California, entitled *Heras v. Equifax Inc.,* Case No. BC652211 (the "State Court Action").

2. Equifax Inc. was served with the Complaint on March 7, 2017.

3. This Notice is being filed with this Court within thirty (30) days after Equifax Inc. was served with a copy of Plaintiffs' initial pleading setting forth the grounds for their action and their claims for relief.

4. This Court has original jurisdiction over this case pursuant to 28 U.S.C. § 1331, in that this is a civil action arising under the Constitution, laws or treaties of the United States; specifically 15 U.S.C. § 1681 *et seq.*, otherwise known as the Fair Credit Reporting Act ("FCRA"), as follows:

(a) Plaintiff's Complaint, on its face, alleges a violation of the FCRA. (See Plaintiff's Complaint).

(b) The FCRA, pursuant to 15 U.S.C. § 1681(p), provides that any action alleging a violation of its provisions "may be brought in any appropriate United States district court without regard to the amount in controversy . . ."

5. Promptly after the filing of this Notice of Removal, Equifax Inc. shall give written notice of the removal to Plaintiff and to the Los Angeles County Superior Court, California, as required by 28 U.S.C. § 1446(d).

6. Attached hereto, as Exhibit A, are copies of the Summons and Complaint served upon Equifax Inc. in the State Court Action.

WHEREFORE, Equifax Inc. requests that the above-described action be removed to this Court.

Respectfully submitted this 28th day of March, 2017.

NOKES & QUINN

/s/ Thomas P. Quinn, Jr.
THOMAS P. QUINN, JR.
Attorneys for Defendant
EQUIFAX INC.

## **CERTIFICATE OF SERVICE**

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of Orange, State of California, and not a party to the above-entitled cause.

On March 28, 2017, I served a true copy of NOTICE OF REMOVAL;

[ ] By personally delivering it to the persons(s) indicated below in the manner as provided in Federal Rule of Civil Procedure 5(B);

[X] By depositing it in the United States Mail in a sealed envelope with the postage thereon fully prepaid to Plaintiff;

[ ] By ECF: On this date, I electronically filed the following document(s) with the Clerk of the Court using the CM/ECF system, which sent electronic notification of such filing to all other parties appearing on the docket sheet;

I hereby certify that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

I hereby certify under the penalty of perjury under the laws of the State of California that the foregoing is true and correct.

/s/  Thomas P. Quinn, Jr.
THOMAS P. QUINN, JR.

Place of Mailing:  Laguna Beach, California.

Executed on March 28, 2017, at Laguna Beach, California.

## SERVICE LIST

Anthony Heras
3705 W Pico Blvd
Los Angeles, CA 90019
(213) 570-0170
Herasanthony@aol.com
*Plaintiff Pro Se*

NOKES & QUINN
410 Broadway, Suite 200
Laguna Beach, CA 92651
(949) 376-3500

- 4 –

NOTICE OF REMOVAL