JS-6

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

ANTHONY HERAS,

    Plaintiff,

vs.

EQUIFAX INC.,

    Defendant.

Case No: 2:17-cv-02384-MWF-AJW

**ORDER OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT EQUIFAX INC.**

    Plaintiff Anthony Heras ("Plaintiff") and Defendant Equifax Inc. ("Equifax") have announced to the Court that all matters in controversy against Equifax have been resolved. A Joint Stipulation of Dismissal with Prejudice has been signed and filed with the Court. Having considered the Joint Stipulation of Dismissal with Prejudice, the Court makes and delivers the following ruling:

    IT IS ORDERED that the claims and causes of action asserted herein by Plaintiff Anthony Heras against Defendant Equifax Inc. are in all respects dismissed with prejudice to the refiling of same, with court costs to be paid by the party incurring same.

    DATED this 27th day of April, 2018.

_____
Michael W. Fitzgerald
UNITED STATES DISTRICT JUDGE

- 1 –

ORDER OF DISMISSAL